Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  18−21665−MBK
                        Chapter:  13
                        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joao Gomes                                       Dilma Gomes
   aka John Gomes                           40 Nathan Drive
   40 Nathan Drive                           Old Bridge, NJ 08857
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−2013                                    xxx−xx−9209

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                8/28/18
Time:              10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

       An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

       **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: June 11, 2018
JAN: gan

                                                                          Jeanne Naughton
                                                                        Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 18-21665-MBK
Joao Gomes                                                     Chapter 13
Dilma Gomes
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin               Page 1 of 2          Date Rcvd: Jun 11, 2018
                              Form ID: 132              Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2018.
db/jdb         +Joao Gomes,    Dilma Gomes,    40 Nathan Drive,    Old Bridge, NJ 08857-2790
517581304       Barclay Card,    PO Box 13337,   Philadelphia, PA 19101-3337
517581310      +Diversified Adjustment Service, Inc,    600 Coon Rapids Blvd,    Minneapolis, MN 55433-5549
517581311      +Edward J McKenna,    McKenna DuPont Higgins & Stone,    PO Box 610,    Red Bank, NJ 07701-0610
517581312       Express Scripts,    Attn: Cash Office,    PO Box 747000,    Cincinnati, OH 45274-7000
517581313      +Ford Credit,    PO Box 542000,   Omaha, NE 68154-8000
517581314      +GM Financial,    PO Box 181145,   Arlington, TX 76096-1145
517581315       JFK Medical Assoiates,    PO Box 11912,    Newark, NJ 07101-4912
517581316       JFK Outreach Labs,    80 James St, 4th Floor,    Edison, NJ 08820-3938
517581317      +K. Jordan,    913 1st Avenue,   Chippewa Falls, WI 54729-1402
517581324       Midland Funding,    Attn; Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517581325      +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
517581327       Oakwoods Inc,    PO Box 64148,   Phoenix, AZ 85082-4148
517581328      +Old Bridge Municipal Utilties Authority,    71 Boulevard West,    Keyport, NJ 07735-6105
517581335      ++PROFESSIONAL RECOVERY CONSULTANTS INC,    2700 MERIDIAN PARKWAY,    SUITE 200,
                 DURHAM NC 27713-2450
               (address filed with court: Professional Recovery Consultants,
                 2700 Meridian Parkway, Suite 200,    Durham, NC 27713-2204)
517581336       Raritan Bay Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
517581343       USAA Savings Bank,    Attn: American Coradius International,    35A Rust Lane,
                 Boerne, TX 78006-8202
517581342      +United Teletech Financial FC,    205 Hance Avenue,    Eatontown, NJ 07724-2764

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 11 2018 23:29:51     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 11 2018 23:29:46     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517581305      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 11 2018 23:38:02    Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
517581306      +E-mail/Text: bankruptcy@cavps.com Jun 11 2018 23:30:09     Cavalry SPV I, LLC,
                 500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-1340
517581307      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 11 2018 23:38:11    Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
517581309       E-mail/Text: bankruptcy.bnc@ditech.com Jun 11 2018 23:29:20     Ditech Financial LLC,
                 PO Box 6154,   Rapid City, SD 57709-6154
517581318       E-mail/Text: bnckohlsnotices@becket-lee.com Jun 11 2018 23:28:58     Kohls,    PO Box 2893,
                 Milwaukee, WI 53201-2983
517581320      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 11 2018 23:38:10    LVNV Funding LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
517581321       E-mail/Text: bkr@cardworks.com Jun 11 2018 23:28:47     Merrick,    PO Box 660702,
                 Dallas, TX 75266-0702
517581322      +E-mail/Text: bkr@cardworks.com Jun 11 2018 23:28:47     Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
517581323      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 11 2018 23:29:46     Midland Funding,
                 8875 Aero Drive Ste 200,    San Diego, CA 92123-2255
517581326      +E-mail/Text: Bankruptcies@nragroup.com Jun 11 2018 23:30:45     NRA Group LLC,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
517581329       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 11 2018 23:37:59
                 Portfolio Recovery Associates,    PO Box 12914,   Norfolk, VA 23541-1223
517581337       E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2018 23:38:22     SYNCB,    PO Box 965060,
                 Orlando, FL 32896-5060
517583139      +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2018 23:38:57     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517581344      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 11 2018 23:28:49
                 Verizon Wireless,    PO Box 26055,    Minneapolis, MN 55426-0055
517581345       E-mail/Text: vci.bkcy@vwcredit.com Jun 11 2018 23:30:02     Volkswagon Credit,    PO Box 17497,
                 Baltimore, MD 21297-1497
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517581308*     +Credit One Bank,    PO Box 98875,    Las Vegas, NV 89193-8875
517581319*      Kohls,    PO Box 2893,   Milwaukee, WI 53201-2983
517581330*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,    PO Box 12914,
                 Norfolk, VA 23541-1223)
517581331*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,    PO Box 12914,
                 Norfolk, VA 23541-1223)
517581332*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,    PO Box 12914,
                 Norfolk, VA 23541-1223)
```

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Jun 11, 2018
                              Form ID: 132             Total Noticed: 35


             ***** BYPASSED RECIPIENTS (continued) *****
517581333*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates LLC,    PO Box 12903,
                   Norfolk, VA 23541)
517581334*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates LLC,    PO Box 12903,
                   Norfolk, VA 23541)
517581338*      SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
517581339*      SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
517581340*      SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
517581341*      SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              James J. Cerbone    on behalf of Joint Debtor Dilma  Gomes cerbonelawfirm@aol.com
              James J. Cerbone    on behalf of Debtor Joao  Gomes cerbonelawfirm@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                TOTAL: 4
```