| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1** |

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Ditech Financial LLC

**Order Filed on September 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.:  18-21665 MBK |
|  | Adv. No.: |
| Dilma Gomes, Joao Gomes aka John Gomes, | Hearing Date:  8/28/18 @ 10:00 a.m. |
| Debtors. | Judge:  Michael B. Kaplan |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: September 13, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors:            Dilma Gomes, Joao Gomes aka John Gomes
Case No.:           18-21665 MBK
Caption:            **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                    DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Ditech Financial LLC, holder of a mortgage on real property located at 40 Nathan Drive, Old Bridge, NJ, 08857, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and James J. Cerbone, Esquire, attorney for Debtor, Dilma Gomes, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 31) in full through the Chapter 13 plan; and

It **ORDERED, ADJUDGED and DECREED** that Debtor shall make payments in accordance with the terms of the note, mortgage, and applicable payment change notices; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve her right to object to Secured Creditor's proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.