| UNITED STATES BANKRUPTCY COURT  <br>**DISTRICT OF NEW JERSEY**  <br>Caption in Compliance with D.N.J. LBR 9004-2(c)  <br><br>Joel R. Glucksman, Esq. (JG 6443)  <br>**SCARINCI & HOLLENBECK, LLC**  <br>1100 Valley Brook Ave., P.O. Box 790  <br>Lyndhurst, New Jersey 07071-0790  <br>Tel: 201-896-4100; Fax: 201-896-8660  <br>Counsel for the Old Bridge Municipal Utilities Authority |
|---|

Order Filed on December 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re:<br><br>JOAO GOMES AND DILMA GOMES,<br><br>Debtors. | CASE NO. 18-21665-MBK<br>(Honorable Michael B. Kaplan)<br><br>CHAPTER 13<br><br>**Hearing Date:** November 27, 2018<br>**Oral Argument:** Not Requested |
|---|---|

### CONSENT ORDER RESOLVING OBJECTION BY THE OLD BRIDGE MUNICIPAL UTILITIES AUTHORITY TO CONFIRMATION OF THE DEBTORS' PROPOSED CHAPTER 13 PLAN

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 12, 2018**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page -2-
**Debtor:** Joao Gomes and Dilma Gomes
**Case No.** 18-21665-MBK
**Caption of Order:** Consent Order Resolving Objection by The Old Bridge Municipal Utilities Authority to Confirmation of the Debtors' Proposed Chapter 13 Plan

---

**THIS MATTER** having come before the Court on the application of the debtors Joao Gomes and Dilma Gomes (the "**Debtors**"), seeking approval of their Chapter 13 plan (the "**Plan**"); and

The Old Bridge Municipal Utilities Authority (the "**OBMUA**") having on 6/27/18 filed a proof of claim in this case [claim #3], asserting a secured claim in the amount of $3,681.09 (the "**Claim**"), secured by a statutory, priming lien on the Debtor's real property at 40 Nathan Drive, Old Bridge, NJ 08857 (the "**Property**"); and

The OBMUA having also filed an objection to confirmation of the Plan, on the ground that the OBMUA possesses the Claim, but that the Plan incorrectly listed the OBMUA as having an unsecured, priority claim in the amount of $3,149.00. However, the OBMUA has a priming, first priority secured claim total $3,681.09; and

The OBMUA and the Debtor having amicably agreed to a resolution of the matters in controversy between them, pursuant to which the Plan will be deemed amended so as to accord the OBMUA its priming secured creditor rights, in the amount of $3,681.09 (the "**Settlement**"); and

The Court having read and considered the papers presented, having noted the consent of counsel for the OBMUA and counsel for the Debtor to the relief set forth herein, as appears by their signatures hereto, and good cause being shown,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Settlement as described herein is hereby approved.

4853-1847-4541, v. 2

Page -3-
**Debtor:** Joao Gomes and Dilma Gomes
**Case No.** 18-21665-MBK
**Caption of Order:** Consent Order Resolving Objection by The Old Bridge Municipal Utilities Authority to Confirmation of the Debtors' Proposed Chapter 13 Plan

---

2. The Plan is hereby deemed amended to provide for payment under the Plan of the Claim as a priming secured claim in the amount of $3,681.09.

3. The Standing Ch. 13 Trustee is hereby directed to add the Claim to his distribution list in this case.

**CONSENTED TO AS TO FORM,
SUBSTANCE, AND ENTRY:**

SCARINCI & HOLLENBECK, LLC
1100 Valley Brook Av., P.O. Box 790
Lyndhurst, New Jersey 07071-0790
Telephone: (201) 896-4100
Counsel for The Old Bridge Municipal
Utilities Authority

By: /s/ Joel R. Glucksman
JOEL R. GLUCKSMAN

Dated: November 2C, 2018

OFFICES OF JAMES J. CERBONE
2430 Highway 34, Building B, Suite 22
Wall, New Jersey 08736
Telephone: (732) 681-6800
Counsel for the debtors Joao Gomes and
Dilma Gomes

By: /s/ Tammy White
TAMMY WHITE

Dated: November ____, 2018