**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Joel R. Glucksman, Esq. (JG 6443)
**SCARINCI & HOLLENBECK, LLC**
1100 Valley Brook Ave., P.O. Box 790
Lyndhurst, New Jersey 07071-0790
Tel: 201-896-4100; Fax: 201-896-8660
Counsel for the Old Bridge Municipal Utilities Authority

In re:

JOAO GOMES AND DILMA GOMES,

Debtors.

Order Filed on December 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO. 18-21665-MBK
(Honorable Michael B. Kaplan)

CHAPTER 13

**Hearing Date**: November 27, 2018
**Oral Argument**: Not Requested

## CONSENT ORDER RESOLVING OBJECTION BY THE OLD BRIDGE MUNICIPAL UTILITIES AUTHORITY TO CONFIRMATION OF THE DEBTORS' PROPOSED CHAPTER 13 PLAN

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 12, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page -2-
**Debtor:** Joao Gomes and Dilma Gomes
**Case No.** 18-21665-MBK
**Caption of Order:** Consent Order Resolving Objection by The Old Bridge Municipal Utilities Authority to Confirmation of the Debtors' Proposed Chapter 13 Plan

---

**THIS MATTER** having come before the Court on the application of the debtors Joao Gomes and Dilma Gomes (the "**Debtors**"), seeking approval of their Chapter 13 plan (the "**Plan**"); and

The Old Bridge Municipal Utilities Authority (the "**OBMUA**") having on 6/27/18 filed a proof of claim in this case [claim #3], asserting a secured claim in the amount of $3,681.09 (the "**Claim**"), secured by a statutory, priming lien on the Debtor's real property at 40 Nathan Drive, Old Bridge, NJ 08857 (the "**Property**"); and

The OBMUA having also filed an objection to confirmation of the Plan, on the ground that the OBMUA possesses the Claim, but that the Plan incorrectly listed the OBMUA as having an unsecured, priority claim in the amount of $3,149.00. However, the OBMUA has a priming, first priority secured claim total $3,681.09; and

The OBMUA and the Debtor having amicably agreed to a resolution of the matters in controversy between them, pursuant to which the Plan will be deemed amended so as to accord the OBMUA its priming secured creditor rights, in the amount of $3,681.09 (the "**Settlement**"); and

The Court having read and considered the papers presented, having noted the consent of counsel for the OBMUA and counsel for the Debtor to the relief set forth herein, as appears by their signatures hereto, and good cause being shown,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Settlement as described herein is hereby approved.

4853-1847-4541, v. 2

Page -3-
**Debtor:** Joao Gomes and Dilma Gomes
**Case No.** 18-21665-MBK
**Caption of Order:** Consent Order Resolving Objection by The Old Bridge Municipal Utilities Authority to Confirmation of the Debtors' Proposed Chapter 13 Plan

---

2. The Plan is hereby deemed amended to provide for payment under the Plan of the Claim as a priming secured claim in the amount of $3,681.09.

3. The Standing Ch. 13 Trustee is hereby directed to add the Claim to his distribution list in this case.

**CONSENTED TO AS TO FORM, SUBSTANCE, AND ENTRY:**

SCARINCI & HOLLENBECK, LLC
1100 Valley Brook Av., P.O. Box 790
Lyndhurst, New Jersey 07071-0790
Telephone: (201) 896-4100
Counsel for The Old Bridge Municipal Utilities Authority

By: _____
JOEL R. GLUCKSMAN

Dated: November 2̲, 2018

OFFICES OF JAMES J. CERBONE
2430 Highway 34, Building B, Suite 22
Wall, New Jersey 08736
Telephone: (732) 681-6800
Counsel for the debtors Joao Gomes and Dilma Gomes

By: _____
TAMMY WHITE

Dated: November ____, 2018

United States Bankruptcy Court
District of New Jersey

In re:  
Joao Gomes  
Dilma Gomes  
    Debtors

Case No. 18-21665-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Dec 13, 2018  
                            Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.  
db/jdb        +Joao Gomes,   Dilma Gomes,   40 Nathan Drive,   Old Bridge, NJ 08857-2790

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2018 at the address(es) listed below:  
          Albert   Russo    docs@russotrustee.com  
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Elizabeth K. Holdren    on behalf of Creditor    Oakwoode Association eholdren@hillwallack.com, jhanley@hillwallack.com  
          James J. Cerbone    on behalf of Debtor Joao  Gomes cerbonelawfirm@aol.com, cerbonejr83307@notify.bestcase.com  
          James J. Cerbone    on behalf of Joint Debtor Dilma  Gomes cerbonelawfirm@aol.com, cerbonejr83307@notify.bestcase.com  
          Joel R. Glucksman    on behalf of Creditor    Old Bridge Municipal Utilities Authority jglucksman@sh-law.com  
          John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
          John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
          Michael R. DuPont    on behalf of Creditor    United Teletech Financial FCU dupont@redbanklaw.com, dana@redbanklaw.com  
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                          TOTAL: 11