Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−21665−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joao Gomes
aka John Gomes
40 Nathan Drive
Old Bridge, NJ 08857

Dilma Gomes
40 Nathan Drive
Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−2013                                           xxx−xx−9209

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on January 24, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 24, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-21665-MBK
Joao Gomes                                                            Chapter 13
Dilma Gomes
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 3           Date Rcvd: Jan 24, 2019
                             Form ID: 148             Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2019.
```
db/jdb         +Joao Gomes,    Dilma Gomes,    40 Nathan Drive,    Old Bridge, NJ 08857-2790
cr             +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101
cr             +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
cr             +Old Bridge Municipal Utilities Authority,    Scarinci & Hollenbeck, LLC,
                 c/o Joel R. Glucksman, Esq.,    1100 Valley Brook Ave.,    P.O. Box 790,
                 Lyndhurst, NJ 07071-0790
cr             +United Teletech Financial FCU,    Attn: Michael R. DuPont, Esq,    229 Broad St.,    PO Box 610,
                 Red Bank, NJ 07701-0610
517673992      +ACAR Leasing LTD,    d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
517659611       CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
517581310      +Diversified Adjustment Service, Inc,    600 Coon Rapids Blvd,    Minneapolis, MN 55433-5549
517581311      +Edward J McKenna,    McKenna DuPont Higgins & Stone,    PO Box 610,    Red Bank, NJ 07701-0610
517685352       Emergency Physician Associate North Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
517581312       Express Scripts,    Attn: Cash Office,    PO Box 747000,    Cincinnati, OH 45274-7000
517581315       JFK Medical Assoiates,    PO Box 11912,    Newark, NJ 07101-4912
517581316       JFK Outreach Labs,    80 James St, 4th Floor,    Edison, NJ 08820-3938
517581324       Midland Funding,    Attn; Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517581325      +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
517682510      +Oakwoode Association,    c/o Hill Wallack LLP,    21 Roszel Road, P.O. Box 5226,
                 Princeton, NJ 08543-5226
517581327       Oakwoods Inc,    PO Box 64148,    Phoenix, AZ 85082-4148
517614400      +Old Bridge Municipal Utilities Authority,    71 Boulevard West,
                 Cliffwood Beach, New Jersey 07735-6105
517622153      +Old Bridge Municipal Utilities Authority,    c/o Joel Glucksman, Scarinci & Hollenbec,
                 1100 Valley Brook Ave., PO Box 790,    Lyndhurst, NJ 07071-0790
517581328      +Old Bridge Municipal Utilties Authority,    71 Boulevard West,    Keyport, NJ 07735-6105
517581335       ++PROFESSIONAL RECOVERY CONSULTANTS INC,    2700 MERIDIAN PARKWAY,    SUITE 200,
                 DURHAM NC 27713-2450
                (address filed with court: Professional Recovery Consultants,
                 2700 Meridian Parkway, Suite 200,    Durham, NC 27713-2204)
517581336       Raritan Bay Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
517581343       USAA Savings Bank,    Attn: American Coradius International,    35A Rust Lane,
                 Boerne, TX 78006-8202
517581342      +United Teletech Financial FC,    205 Hance Avenue,    Eatontown, NJ 07724-2764
517631031      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 24 2019 22:36:36     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 24 2019 22:36:35     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517581304       EDI: TSYS2.COM Jan 25 2019 03:28:00      Barclay Card,    PO Box 13337,
                 Philadelphia, PA 19101-3337
517581305      +EDI: CAPITALONE.COM Jan 25 2019 03:28:00      Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
517644100       EDI: CAPITALONE.COM Jan 25 2019 03:28:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517627651       EDI: BL-BECKET.COM Jan 25 2019 03:28:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517581306      +E-mail/Text: bankruptcy@cavps.com Jan 24 2019 22:36:39     Cavalry SPV I, LLC,
                 500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2321
517581307      +EDI: RCSFNBMARIN.COM Jan 25 2019 03:28:00      Credit One Bank,    PO Box 98875,
                 Las Vegas, NV 89193-8875
517581309       E-mail/Text: bankruptcy.bnc@ditech.com Jan 24 2019 22:36:29     Ditech Financial LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
517587504       EDI: FORD.COM Jan 25 2019 03:28:00      FORD MOTOR CREDIT COMPANY LLC,    DEPT. 55953,
                 PO BOX 55000,    DETROIT, MI.  48255-0953
517591714       EDI: FORD.COM Jan 25 2019 03:28:00      Ford Motor Credit Company, LLC,    PO BOX 62180,
                 COLORADO SPRINGS, CO 80962-4400
517581313      +EDI: FORD.COM Jan 25 2019 03:28:00      Ford Credit,    PO Box 542000,    Omaha, NE 68154-8000
517581314      +EDI: PHINAMERI.COM Jan 25 2019 03:28:00      GM Financial,    PO Box 181145,
                 Arlington, TX 76096-1145
517581317      +EDI: CBSMASON Jan 25 2019 03:28:00      K. Jordan,    913 1st Avenue,
                 Chippewa Falls, WI 54729-1402
517650737      +EDI: CBSMASON Jan 25 2019 03:28:00      K. Jordan,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
517581318       EDI: CBSKOHLS.COM Jan 25 2019 03:28:00      Kohls,    PO Box 2893,    Milwaukee, WI 53201-2983
517581320      +EDI: RESURGENT.COM Jan 25 2019 03:28:00      LVNV Funding LLC,    PO Box 10497,
                 Greenville, SC 29603-0497
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Jan 24, 2019
                              Form ID: 148             Total Noticed: 65


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517683370         EDI: RESURGENT.COM Jan 25 2019 03:28:00      LVNV Funding LLC C/O Resurgent Capital Services,
                   P.O. Box 10675,    Greenville, SC 29603-0675
517659612         EDI: MERRICKBANK.COM Jan 25 2019 03:28:00      MERRICK BANK,    Resurgent Capital Services,
                   PO Box 10368,    Greenville, SC 29603-0368
517669787        +EDI: MID8.COM Jan 25 2019 03:28:00      MIDLAND FUNDING LLC,    PO Box 2011,
                   Warren, MI 48090-2011
517581321         EDI: MERRICKBANK.COM Jan 25 2019 03:28:00      Merrick,    PO Box 660702,    Dallas, TX 75266-0702
517581322        +EDI: MERRICKBANK.COM Jan 25 2019 03:28:00      Merrick Bank,    PO Box 9201,
                   Old Bethpage, NY 11804-9001
517581323        +EDI: MID8.COM Jan 25 2019 03:28:00      Midland Funding,    8875 Aero Drive Ste 200,
                   San Diego, CA 92123-2255
517650736        +EDI: CBS7AVE Jan 25 2019 03:28:00      Midnight Velvet,    c/o Creditors Bankruptcy Service,
                   P.O. Box 800849,    Dallas, TX 75380-0849
517581326        +E-mail/Text: Bankruptcies@nragroup.com Jan 24 2019 22:36:48      NRA Group LLC,
                   2491 Paxton Street,    Harrisburg, PA 17111-1036
517581329         EDI: PRA.COM Jan 25 2019 03:28:00      Portfolio Recovery Associates,    PO Box 12914,
                   Norfolk, VA 23541-1223
517700429         EDI: PRA.COM Jan 25 2019 03:28:00      Portfolio Recovery Associates, LLC,
                   C/O Barclays Bank Delaware,    POB 41067,    Norfolk VA 23541
517701040         EDI: PRA.COM Jan 25 2019 03:28:00      Portfolio Recovery Associates, LLC,
                   C/O Capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
517703125         EDI: PRA.COM Jan 25 2019 03:28:00      Portfolio Recovery Associates, LLC,
                   c/o American Eagle Outfitters Inc,    POB 41067,    Norfolk VA 23541
517701601         EDI: PRA.COM Jan 25 2019 03:28:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                   POB 41067,    Norfolk VA 23541
517700423         EDI: PRA.COM Jan 25 2019 03:28:00      Portfolio Recovery Associates, LLC,    c/o Bp,   POB 41067,
                   Norfolk VA 23541
517700424         EDI: PRA.COM Jan 25 2019 03:28:00      Portfolio Recovery Associates, LLC,    c/o Lowes,
                   POB 41067,    Norfolk VA 23541
517703490        +EDI: PRA.COM Jan 25 2019 03:28:00      Portfoio Recovery Assoc.,    POB 41067,
                   Norfolk, VA 23541-1067
517692002        +EDI: JEFFERSONCAP.COM Jan 25 2019 03:28:00      Premier Bankcard, Llc,
                   Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517581337         EDI: RMSC.COM Jan 25 2019 03:28:00      SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
517705376        +E-mail/Text: bncmail@w-legal.com Jan 24 2019 22:36:38      SYNCHRONY BANK,
                   c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517583139        +EDI: RMSC.COM Jan 25 2019 03:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                   PO Box 41021,    Norfolk, VA 23541-1021
517686868         E-mail/Text: laura@redbanklaw.com Jan 24 2019 22:36:25
                   United Teletech Financial Federal Credit Union,    C/O McKenna, DuPont, Higgins & Stone, PC,
                   PO Box 610,    Red Bank, NJ 07701-0610
517581344        +EDI: VERIZONCOMB.COM Jan 25 2019 03:28:00      Verizon Wireless,    PO Box 26055,
                   Minneapolis, MN 55426-0055
517581345         E-mail/Text: vci.bkcy@vwcredit.com Jan 24 2019 22:36:38      Volkswagon Credit,    PO Box 17497,
                   Baltimore, MD 21297-1497
                                                                                              TOTAL: 40

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517586115*       +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517581308*       +Credit One Bank,    PO Box 98875,    Las Vegas, NV 89193-8875
517707822*        Ditech Financial LLC,    P.O. Box 6154,    Rapid City, SD 57709-6154
517581319*        Kohls,    PO Box 2893,    Milwaukee, WI 53201-2983
517695838*       +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
517581330*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates,    PO Box 12914,
                    Norfolk, VA 23541-1223)
517581331*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates,    PO Box 12914,
                    Norfolk, VA 23541-1223)
517581332*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates,    PO Box 12914,
                    Norfolk, VA 23541-1223)
517581333*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates LLC,    PO Box 12903,
                    Norfolk, VA 23541)
517581334*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates LLC,    PO Box 12903,
                    Norfolk, VA 23541)
517581338*        SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
517581339*        SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
517581340*        SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
517581341*        SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
517704307*       +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                           TOTALS: 0, * 15, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jan 24, 2019
                              Form ID: 148             Total Noticed: 65
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor   Oakwoode Association eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              James J. Cerbone    on behalf of Joint Debtor Dilma  Gomes cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              James J. Cerbone    on behalf of Debtor Joao  Gomes cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              Joel R. Glucksman    on behalf of Creditor   Old Bridge Municipal Utilities Authority
               jglucksman@sh-law.com
              John R. Morton, Jr.    on behalf of Creditor   ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Michael R. DuPont    on behalf of Creditor   United Teletech Financial FCU dupont@redbanklaw.com,
               dana@redbanklaw.com
              Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```